# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161746(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEOFFREY LAVAR LAWSON,
      Defendant-Appellant.

_____/

SC: 161746
COA: 352449
Genesee CC: 08-024090-FC

On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 25, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021



Clerk